**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TYRONE JACKSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 25-1432** |
| **LT. CHARLES CREEL, ET AL.** | **SECTION: "T" (5)** |

**ORDER**

Considering the Motion for Issuance of Writ of Habeas Corpus Ad Testificandum (R. Doc. 26) and the Notice of Mootness on Motion for Issuance of Writ of Habeas Corpus Ad Testificandum (R. Doc. 27), both filed by Plaintiff, Tyrone Jackson,

**IT IS ORDERED** that Plaintiff's Motion is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of September 2026.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE